**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1054**

_____

JACOB WEARING,

                    Plaintiff – Appellant,

          v.

KIRSTEN MCCOY, Supervisor; UNITED STATES DEPARTMENT OF
EDUCATION,

                    Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:09-cv-00113-D)

_____

Submitted:  June 28, 2011                Decided:  July 13, 2011

_____

Before NIEMEYER, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jacob Wearing, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob Wearing appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wearing v. Mill, No. 5:09-cv-00113-D (E.D.N.C. Nov. 29, 2010). We deny Wearing's motions to refer to alternative dispute resolution and to schedule oral argument. We grant his motion to amend his informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED